1  ALEXANDER G. CALFO (SBN 152891)
     *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
     *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
     *GAnderson-Thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 362-7777
6  Facsimile:     (213) 362-7788

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., JOHNSON &
8  JOHNSON SERVICES, INC., and JOHNSON &
   JOHNSON (erroneously sued as "Johnson &
9  Johnson, Inc.")

10

11                    **UNITED STATES DISTRICT COURT**

12                    **EASTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  RICKY D. YOCHUM, | CASE NO. 2:12-CV-01085-MCE-CMK |
| 15       Plaintiff, | **ORDER RE STIPULATION TO STAY PROCEEDINGS** |
| 16       vs. | JURY TRIAL DEMANDED |
| 17  DEPUY ORTHOPAEDICS, INC., an Indiana corporation; JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation; JOHNSON & JOHNSON, INC., a New Jersey corporation; THOMAS P. SCHMALZRIED, MD; and THOMAS P. SCHMALZRIED, MD, A Professional California Corporation; and DOES I through 100, inclusive, | |
| 22       Defendants. | |

24       Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff RICKY

25  D. YOCHUM and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON

26  SERVICES, INC., and JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc.")

27  (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in

28  this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

IT IS SO ORDERED.

Dated: July 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

DATED: July 3, 2012                YUKEVICH CALFO & CAVANAUGH

By: */s/ Alexander G. Calfo*
    Alexander G. Calfo
    Kelley S. Olah
    Gabrielle Anderson-Thompson
    Attorneys for Defendants DEPUY
    ORTHOPAEDICS, INC., JOHNSON &
    JOHNSON SERVICES, INC., and JOHNSON &
    JOHNSON (erroneously sued as "Johnson &
    Johnson, Inc.")

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28